


09-30090-rls    Doc 32    FILED 12/03/09    ENTERED 12/03/09 15:10:08    Page 1 of 1